

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00465-CV

| | | |
|---|---|---|
| NATHA HOSPITALITY GROUP, L.P., Appellant | § | On Appeal from the 153rd District Court |
| | § | of Tarrant County (153-346973-23) |
| V. | § | July 24, 2025 |
| DAWNYALE SHANKS, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellee Dawnyale Shanks shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell